UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

Alison Marie Steward, Administrator of the Estate of Clifford Alvin Steward,

        Plaintiff,

    - against -

The City of New York, The New York City Board of Education, Harold O. Levy, individually and in his official capacity as Chancellor of the New York City Board of Education, Felix E. Vazquez, individually and in his official capacity as Community Superintendent of District 32 of the New York City Board of Education, Mildred L. Boyce, The United Federation of Teachers, and Pace University,

        Defendants.
-----------------------------------------

08 Civ. 08 Civ. 2908 (SHS)

**Notice of Appearance**

    Please take notice that the undersigned attorney appears on behalf of the plaintiff herein.

Dated:  New York, New York
        April 1, 2008

                      MICHAEL G. O'NEILL
                      (MO3957)

                      _____
                      Attorney for Plaintiff
                      30 Vesey Street, Third Floor
                      New York, New York 10007
                      (212) 581-0990