UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Alison Marie Steward, Administrator of the Estate of Clifford Alvin Steward, | ]<br>]<br>] |
| Plaintiff, | ]<br>] |
| - against - | ] 08 Civ. 08 Civ. 2908 (SHS)<br>] |
| The City of New York, The New York City Board of Education, Harold O. Levy, individually and in his official capacity as Chancellor of the New York City Board of Education, Felix E. Vazquez, individually and in his official capacity as Community Superintendent of District 32 of the New York City Board of Education, Mildred L. Boyce, The United Federation of Teachers, and Pace University, | ]<br>] **Jury Demand**<br>]<br>]<br>]<br>]<br>]<br>]<br>] |
| Defendants. | ] |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff demands trial by jury.

Dated: New York, New York
April 1, 2008

MICHAEL G. O'NEILL
(MO3957)

_____
Attorney for Plaintiff
30 Vesey Street, Third Floor
New York, New York 10007
(212) 581-0990

1